**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 09-18861 CED    Judge: CARYL E. DELANO | Trustee Name: | LARRY S. HYMAN |
|---|---|---|---|
| Case Name: | AVT EQUIPMENT, L.L.C. | Date Filed (f) or Converted (c): | 02/13/12 (c) |
| | | 341(a) Meeting Date: | 03/16/12 |
| For Period Ending: | 03/31/14 | Claims Bar Date: | 06/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.12 | FA |
| 2. REFUND-COST DEPOSIT (u) | Unknown | 500.00 | | 500.00 | FA |
| 3. CHECKING ACCOUNT-BANK OF AMERICA | 104.46 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT-PLATINUM BANK | 8,432.68 | 0.00 | | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE-KEARNEY CONSTRU CO INC | 31,565.96 | 0.00 | | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE-KEARNEY CONSTR CO LLC | 139,870.28 | 0.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE-FLORIDA SOIL CEMENT | 545,642.87 | 0.00 | | 0.00 | FA |
| 8. AUTOMOBILE | 0.00 | 0.00 | | 0.00 | FA |
| 9. TRUCKS AND EQUIPMENT SENT TO RITCHIE BROTHERS | 3,487,242.94 | 0.00 | | 0.00 | FA |
| 10. PREPAID INSURANCE | 4,154.62 | 0.00 | | 0.00 | FA |
| 11. transfer of funds (u) | Unknown | 0.00 | | 2,279.46 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $4,217,013.81 | $500.00 | | $2,779.58 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/13    Current Projected Date of Final Report (TFR): 12/30/14

LFORM1                                                                                                    Ver: 17.05d

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-18861 -CED | Trustee Name: | LARRY S. HYMAN |
|---|---|---|---|
| Case Name: | AVT EQUIPMENT, L.L.C. | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0179 Checking - Non Interest |
| Taxpayer ID No: | *******1966 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 3,802,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/05/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 370.37 | | 370.37 |
| 04/20/12 | 2 | GLENN RASMUSSEN FOGARTY & HOOKER, P.A. 100 S. ASHLEY DR. SUITE 1300 TAMPA, FL 33602-5364 | REFUND-COST DEPOSIT | 1290-000 | 500.00 | | 870.37 |
| 06/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.00 | 869.37 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.17 | 868.20 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.29 | 866.91 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 856.91 |
| 05/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 846.91 |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 836.91 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 826.91 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 816.91 |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 806.91 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 796.91 |
| 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 786.91 |
| 12/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 776.91 |
| 01/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 766.91 |
| 02/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 756.91 |
| 03/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 746.91 |

Page Subtotals     870.37     123.46

LFORM24

Ver: 17.05d

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-18861 -CED | Trustee Name: | LARRY S. HYMAN |
|---|---|---|---|
| Case Name: | AVT EQUIPMENT, L.L.C. | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0179  Checking - Non Interest |
| Taxpayer ID No: | *******1966 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 3,802,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 870.37 | 123.46 | 746.91 |
| | | | Less: Bank Transfers/CD's | | 370.37 | 0.00 | |
| | | | Subtotal | | 500.00 | 123.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 500.00 | 123.46 | |

Page Subtotals          0.00          0.00

Ver: 17.05d

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 09-18861 -CED | Trustee Name: | LARRY S. HYMAN |
|---|---|---|---|
| Case Name: | AVT EQUIPMENT, L.L.C. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******4282 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1966 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 3,802,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/05/10 | 11 | BANK OF AMERICA | TRANSFER OF FUNDS | 9999-000 | 104.46 | | 104.46 |
| | | | Bank Serial #: 000000 | | | | |
| 07/30/10 | | KEARNEY CONSTRUCTION CO. LLC | TRANSFER FROM ACCT #4437374282 | 9999-000 | 1,197.44 | | 1,301.90 |
| | | TRANSFER TO PAY US TRUSTEE FEES | | | | | |
| 07/30/10 | 000101 | UNITED STATE TRUSTEE | QUARTERLY DUES | 2950-000 | | 976.90 | 325.00 |
| | | TIMBERLAKE ANNEX | 4TH QUARTER 2009 | | | | |
| | | 501 E. POLK STREET. SUITE 1200 | 1ST QUARTER 2010 | | | | |
| | | TAMPA, FL 33602 | 2ND QUARTER 2010 | | | | |
| 08/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.01 | | 325.01 |
| 09/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.01 | | 325.02 |
| 10/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.01 | | 325.03 |
| 11/17/10 | 000102 | UNITED STATE TRUSTEE | QUARTERLY DUES | 2950-000 | | 325.00 | 0.03 |
| | | TIMBERLAKE ANNEX | 3RD QUARTER 2010 | | | | |
| | | 501 E. POLK STREET. SUITE 1200 | | | | | |
| | | TAMPA, FL 33602 | | | | | |
| 11/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.01 | | 0.04 |
| 11/30/10 | | KEARNEY CONSTRUCTION | TRANSFER FROM ACCT #4437374266 | 9999-000 | 325.73 | | 325.77 |
| | | ACCT #4437374266 | | | | | |
| 11/30/10 | 000103 | UNITED STATE TRUSTEE | QUARTERLY DUES | 2950-000 | | 0.76 | 325.01 |
| | | TIMBERLAKE ANNEX | ACCRUED INTEREST | | | | |
| | | 501 E. POLK STREET. SUITE 1200 | | | | | |
| | | TAMPA, FL 33602 | | | | | |
| 12/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.01 | | 325.02 |
| 01/20/11 | 000104 | UNITED STATE TRUSTEE | QUARTERLY DUES | 2950-000 | | 325.00 | 0.02 |
| | | TIMBERLAKE ANNEX | 4th QUARTER 2010 | | | | |
| | | 501 E. POLK STREET. SUITE 1200 | | | | | |
| | | TAMPA, FL 33602 | | | | | |
| 01/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.01 | | 0.03 |

Page Subtotals   1,627.69   1,627.66

LFORM24

Ver: 17.05d

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 09-18861 -CED | Trustee Name: LARRY S. HYMAN |
| Case Name: AVT EQUIPMENT, L.L.C. | Bank Name: BANK OF AMERICA |
| | Account Number / CD #: *******4282 Money Market - Interest Bearing |
| Taxpayer ID No: *******1966 | |
| For Period Ending: 03/31/14 | Blanket Bond (per case limit): $ 3,802,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/26/11 | 11 | TRANSFER OF FUNDS TO PAY US TRUSTEE FEES<br>ACCT #4437374266 | TRANSFER OF FUNDS<br>Bank Serial #: 000000 | 9999-000 | 325.00 | | 325.03 |
| 04/27/11 | 000105 | UNITED STATE TRUSTEE<br>TIMBERLAKE ANNEX<br>501 E. POLK STREET. SUITE 1200<br>TAMPA, FL 33602 | QUARTERLY DUES<br>1st QUARTER 2011 | 2950-000 | | 325.00 | 0.03 |
| 07/28/11 | 11 | TRANSFER OF FUNDS TO PAY US TRUSTEE FEES<br>ACCT #4437374266 | TRANSFER OF FUNDS<br>Bank Serial #: 000000 | 9999-000 | 650.00 | | 650.03 |
| 08/01/11 | 000106 | UNITED STATE TRUSTEE<br>TIMBERLAKE ANNEX<br>501 E. POLK STREET. SUITE 1200<br>TAMPA, FL 33602 | QUARTERLY DUES<br>2nd QUARTER 2011 | 2950-000 | | 325.00 | 325.03 |
| 08/25/11 | 11 | TRANSFER OF FUNDS TO PAY US TRUSTEE & ATORNEY FEES<br>ACCT #4437374266 | TRANSFER OF FUNDS<br>Bank Serial #: 000000 | 9999-000 | 1,200.00 | | 1,525.03 |
| 08/26/11 | | GLENN RASMUSSEN FORARTY & HOOKER P.A. TRUST<br>550 KINGSLEY DR<br>FIFTH THIRD BANK<br>ACCT #07420586559 | COST DEPOSIT | 6220-000 | | 500.00 | 1,025.03 |
| 08/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,025.04 |
| 09/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,025.05 |
| 10/25/11 | 000107 | UNITED STATE TRUSTEE<br>TIMBERLAKE ANNEX<br>501 E. POLK STREET. SUITE 1200<br>TAMPA, FL 33602 | QUARTERLY DUES<br>3rd QUARTER 2011 | 2950-000 | | 325.00 | 700.05 |
| 10/31/11 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 700.06 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 1.29 | 698.77 |

Page Subtotals    2,175.03    1,476.29

Ver: 17.05d

LFORM24

FORM 2

Page: 5

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-18861 -CED | Trustee Name: | LARRY S. HYMAN |
| --- | --- | --- | --- |
| Case Name: | AVT EQUIPMENT, L.L.C. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******4282  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1966 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 3,802,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 698.78 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.86 | 697.92 |
| 12/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 697.93 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.86 | 697.07 |
| 01/19/12 | 000108 | UNITED STATE TRUSTEE TIMBERLAKE ANNEX 501 E. POLK STREET. SUITE 1200 TAMPA, FL 33602 | QUARTERLY DUES 4th  QUARTER 2011 | 2950-000 | | 325.00 | 372.07 |
| 01/31/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 372.08 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.81 | 371.27 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.44 | 370.83 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.46 | 370.37 |
| 04/05/12 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 370.37 | 0.00 |

|   |   |   |
| --- | --- | --- |
| COLUMN TOTALS | 3,802.75 | 3,802.75 | 0.00 |
| Less:  Bank Transfers/CD's | 325.73 | 370.37 | |
| Subtotal | 3,477.02 | 3,432.38 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,477.02 | 3,432.38 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking - Non Interest - ********0179 | 500.00 | 123.46 | 746.91 |
| Money Market - Interest Bearing - ********4282 | 3,477.02 | 3,432.38 | 0.00 |
| | 3,977.02 | 3,555.84 | 746.91 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.03      698.80

Ver: 17.05d

LFORM24

**FORM 2**

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-18861 -CED | Trustee Name: | LARRY S. HYMAN |
|---|---|---|---|
| Case Name: | AVT EQUIPMENT, L.L.C. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******4282  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1966 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 3,802,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals       0.00       0.00

LFORM24

Ver: 17.05d